US00D968939S

(12) **United States Design Patent**  (10) Patent No.: **US D968,939 S**
Tang                                    (45) Date of Patent: ** Nov. 8, 2022

(54) **FURNITURE SOCK**

(71) Applicant: **SHENZHEN SHISANLANG TECHNOLOGY CO LTD**, Guangdong (CN)

(72) Inventor: **Bo Tang**, Guangdong (CN)

(73) Assignee: **SHENZHEN SHISANLANG TECHNOLOGY CO LTD**, Guangdong (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/748,645**

(22) Filed: **Aug. 31, 2020**

(51) **LOC (13) Cl.** ............................................. 08-11
(52) **U.S. Cl.**
     USPC ........................................................ **D8/374**
(58) **Field of Classification Search**
     USPC ........... D6/610, 710, 718; D8/315, 321–322, D8/373–375
     CPC ........ A47B 91/12; A47C 7/002; Y10T 16/216
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 70,490 A | * | 11/1867 | Winchester | A47B 91/04 248/188.9 |
| D27,665 S | * | 9/1897 | Bailey | D8/374 |
| D44,996 S | * | 12/1913 | Buser | D8/374 |
| 1,903,609 A | * | 4/1933 | Uhl | A47B 91/04 16/42 R |
| 1,921,561 A | * | 8/1933 | Christmas | A47B 91/04 248/188.9 |
| 2,103,095 A | * | 12/1937 | Schermerhorn | A47B 91/04 248/188.9 |
| D166,618 S | * | 4/1952 | Mince | D6/610 |
| D195,629 S | * | 7/1963 | Borah | D8/382 |
| 3,199,819 A | * | 8/1965 | Widmark | A47B 91/06 135/77 |
| 3,467,117 A | * | 9/1969 | Lucibello | A47B 91/12 135/84 |
| D348,985 S | * | 7/1994 | Walker | D8/374 |
| D400,088 S | * | 10/1998 | Hurrie | D8/374 |

(Continued)

OTHER PUBLICATIONS

"NancyProtectz Chair Leg Floor Protectors", Sep. 19, 2010, Amazon. com, site visited May 3, 2022: https://www.amazon.com/NancyProtectz-Protectors-Rubberized-Furniture-Protection/dp/B09PNXV8JG (Year: 2010).*

(Continued)

*Primary Examiner* — Jack Reickel
*Assistant Examiner* — Michael A Kervin
(74) *Attorney, Agent, or Firm* — ScienBiziP, P.C.

(57) **CLAIM**

The ornamental design for a furniture sock, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a furniture sock, showing my design.
FIG. **2** is a bottom perspective view thereof.
FIG. **3** is a front elevation view thereof.
FIG. **4** is a rear elevation view thereof.
FIG. **5** is a left side elevation view thereof.
FIG. **6** is a right side elevation view thereof.
FIG. **7** is a top plan view thereof.
FIG. **8** is a bottom plan view thereof; and,
FIG. **9** is a perspective view of the furniture sock, shown in a state of use.

The short-short broken line showing of a furniture sock is for the purpose of illustrating the bounds of the claimed design and forms no part thereof. The long-short broken line showing of a stool is for the purpose of illustrating environmental structure and forms no part of the claimed design.

**1 Claim, 9 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D487,392 S | * | 3/2004 | Chase | D8/374 |
| D513,583 S | * | 1/2006 | Chase | D8/374 |
| D605,935 S | * | 12/2009 | Zeyfang | D8/402 |
| D617,631 S | * | 6/2010 | Bushey | D8/374 |
| D617,894 S | * | 6/2010 | Wright | A61B 90/40 |
| | | | | D24/121 |
| D652,712 S | * | 1/2012 | Bushey | D8/374 |
| D793,211 S | * | 8/2017 | Exley | D8/374 |
| D864,701 S | * | 10/2019 | Huang | D8/376 |
| D931,092 S | * | 9/2021 | Tu | D8/374 |
| 2005/0115022 A1 | * | 6/2005 | Desmarais | A47B 91/066 |
| | | | | 16/42 R |
| 2008/0209686 A1 | * | 9/2008 | Lang | A47B 91/06 |
| | | | | 16/42 T |
| 2012/0068034 A1 | * | 3/2012 | Desmarais | B60B 33/0028 |
| | | | | 156/86 |
| 2014/0106099 A1 | * | 4/2014 | Desmarais | B29C 45/0005 |
| | | | | 428/36.1 |
| 2015/0216304 A1 | * | 8/2015 | Rondina | A47B 91/04 |
| | | | | 16/30 |

OTHER PUBLICATIONS

"Outgeek 32 Pack Knitted Furniture Feet Socks", Mar. 6, 2019, Amazon.ca, site visited May 3, 2022: https://www.amazon.ca/Outgeek-Anti-Skid-Knitted-Protector-Furniture/dp/B07PHSG7JG (Year: 2019).*

"Chair Leg Socks", Sep. 26, 2019, Amazon.sg, site visited May 3, 2022: https://www.amazon.sg/dp/B07YHGSH95?th=1 (Year: 2019).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8


FIG. 9